UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CESAR MORALES,<br><br>      Petitioner,<br><br>      v.<br><br>JAMES TILTON, Secretary,<br><br>      Respondent. | No. CV 06-7156-VAP (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: February 5, 2010

                                              VIRGINIA A. PHILLIPS<br>
                                     UNITED STATES DISTRICT JUDGE